1

2

3

4

5

6 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
7 AT SEATTLE

8 JASON LEE SUTTON,

9                           Plaintiffs,           Case No. C19-1500-RAJ-MAT

10        v.

11 MICHAEL HATHAWAY, *et al*.,                ORDER GRANTING PLAINTIFF'S
                                          MOTION TO AMEND COMPLAINT
12                           Defendants.

13

14        This is a civil rights action brought under 42 U.S.C. § 1983.  This matter comes before the

15 Court at the present time on plaintiff's motion to amend his complaint.  Defendants have filed a

16 response to plaintiff's motion in which they do not oppose the proposed amendment.   The Court,

17 having reviewed plaintiff's motion, defendants' response, and the balance of the record, hereby

18 finds and ORDERS as follows:

19        (1)     Plaintiff's unopposed motion to amend his complaint (Dkt. 13) is GRANTED.

20 Defendants shall file and serve an answer to plaintiff's amended complaint, or a motion permitted

21 under Rule 12 of the Federal Rules of Civil Procedure, within ***thirty (30) days*** of the date on which

22 this Order is signed.

23        (2)     The Clerk is directed to file plaintiff's amended complaint (Dkt. 13, pages 9-46).

ORDER GRANTING PLAINTIFF'S MOTION
TO AMEND COMPLAINT - 1

1    The Clerk is further directed to send copies of this Order to plaintiff, to counsel for defendants,

2    and to the Honorable Richard A. Jones.

3          DATED this <u>4th</u> day of February, 2020.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
TO AMEND COMPLAINT - 2