UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON LEE SUTTON,<br><br>        Plaintiff,<br><br> v.<br><br>MIKE HATHAWAY, *et al*.,<br><br>        Defendants. | Case No. C19-1500-RAJ-MAT<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

  This is a civil rights action brought under 42 U.S.C. § 1983.  This matter comes before the Court at the present time on plaintiff's motion for leave to file a second amended complaint. (Dkt. 22.)  Defendants have filed a response to the motion indicating they do not object to the proposed amendment.  (Dkt. 20.)  The Court, having reviewed plaintiff's motion, defendants' response, and the balance of the record, hereby ORDERS as follows:

  (1) Plaintiff's motion for leave to file a second amended complaint (Dkt. 22) is GRANTED.  The Clerk is directed to file plaintiff's proposed second amended complaint.  (*See* Dkt. 23, Ex. A.)  Plaintiff, who is now represented by counsel, should ensure that the new defendants named in his second amended complaint are properly served.  All previously established pretrial deadlines remain unchanged.  (*See* Dkt. 21.)

ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE SECOND AMENDED
COMPLAINT - 1

(2) The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable Richard A. Jones.

DATED this 23rd day of July, 2020.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE SECOND AMENDED
COMPLAINT - 2