The Honorable Richard A. Jones
The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON "JENNIFER" LEE SUTTON, | Case No. 2:19-cv-01500-RAJ-MAT |
| Plaintiff, | SECOND STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND PRETRIAL SCHEDULING ORDER |
| vs. | |
| STATE OF WASHINGTON, et al., | |
| Defendants. | Note on Motion Calendar: August 14, 2020 |

The undersigned counsel for the parties in this case hereby jointly and respectfully ask this Court to amend the pretrial schedule as determined in its Order to Amend Pretrial Scheduling Order (Dkt. 21) and extend the deadlines for discovery and dispositive pretrial motions.

On June 25, 2020, Plaintiff Jason (a.k.a. "Jennifer") Sutton filed a Motion for Leave to File Second Amended Complaint and to Add Defendants. Dkt. 22. This proposed amended pleading added eight new defendants and several new claims to this case. Defendants Mike Hathaway and Theresa L. Cohn did not object to the amendments. Dkt. 25. Plaintiff was then granted leave to file her Second Amended Complaint by this Court on July 23, 2020. Dkt. 26. In

SECOND STIPULATED MOTION AND [PROPOSED] ORDER
TO AMEND PRETRIAL SCHEDULING ORDER - 1
CASE NO. 2:19-cv-01500-RAJ-MAT

Civil Rights Justice Center, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

accordance with the Court's Order, plaintiff filed her Second Amended Complaint that day. Dkt. 27. All defendants waived service of the Second Amended Complaint (Dkt. 29) and filed their Answer thereto (Dkt. 30) on August 6, 2020.

Discovery closed on August 10, 2020. *See* Dkt. 21. The parties were not able to propound any discovery or take any depositions related to the new claims or defendants prior to this closing date. The parties therefore propose that discovery be reopened, the discovery deadline be reset for December 31, 2020, and the deadline for filing dispositive motions be extended accordingly to January 31, 2021.

STIPULATED AND AGREED TO this 14th day of August, 2020.

| | |
|---|---|
| CIVIL RIGHTS JUSTICE CENTER, PLLC | ROBERT W. FERGUSON<br>Attorney General |
| */s/ Darryl Parker*<br>Darryl Parker, WSBA #30770<br>Attorney for Plaintiff<br>2150 N 107th Street, Suite 520<br>Seattle, WA 98133<br>(206) 557-7719<br>dparker@civilrightsjusticecenter.com | */s/ Candie M. Dibble*<br>Candie M. Dibble, WSBA#42279<br>Attorney for Defendants<br>Assistant Attorney General<br>Corrections Division<br>1116 West Riverside Avenue, Suite 100<br>Spokane, WA 99201-1106<br>(509) 456-3123<br>Candie.Dibble@atg.wa.gov |

SECOND STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO AMEND PRETRIAL SCHEDULING ORDER - 2
CASE NO. 2:19-cv-01500-RAJ-MAT

**Civil Rights Justice Center, PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

**ORDER**

THIS MATTER having come before the Court on the foregoing Stipulation, and the Court having considered the Stipulation, and good cause appearing, now, therefore:

1. Discovery shall be reopened, and all discovery shall be completed by **December 31, 2020**. Services of responses to interrogatories, requests for production, and requests for admissions, and the taking of depositions, shall be completed by this date. The serving party must serve discovery requests at least thirty days before the deadline in order to allow the other party time to answer.

2. Any dispositive motions shall be filed and served on or before **January 31, 2021**. Dispositive motions, responses, and replies, and any supporting documents thereto, will be noted and filed in accordance with Rule 7 of the Federal Rules of Civil Procedure and LCR 7.

IT IS SO ORDERED.

DATED this 26th day of August, 2020.

Mary Alice Theiler
United States Magistrate Judge

SECOND STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND PRETRIAL SCHEDULING ORDER - 3
CASE NO. 2:19-cv-01500-RAJ-MAT

Civil Rights Justice Center, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183