UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON "JENNIFER" LEE SUTTON,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>Defendants. | CASE NO. C19-1500 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed Plaintiff's Objections to the Report and Recommendation of Magistrate Judge Vaughan and Defendants' Responses to the Objections. The Court invites Plaintiff to file a response of no more than 8 pages to Defendants' arguments as to her negligence claim and Defendants' assertion of qualified immunity. (See Dkt. No. 55 at 6-11.) The response, if any, must be filed by no later than September 12, 2022. If Plaintiff files a

MINUTE ORDER - 1

1  response, Defendants may then file a reply of no more than 4 pages which must be filed by no

2  later than September 19, 2022.

3      The clerk is ordered to provide copies of this order to all counsel.

4      Filed August 30, 2022.

                                     Ravi Subramanian
                                     Clerk of Court

                                     s/Serge Bodnarchuk
                                     Deputy Clerk

MINUTE ORDER - 2