UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON "JENNIFER" LEE SUTTON, | CASE NO. C19-1500 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| STATE OF WASHINGTON, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

In light of the Court's Order on the Objections to the Report and Recommendation, the Court ORDERS the Parties to meet and confer to discuss the trial date and any remaining case deadlines that should be set, including proposed deadlines. The Parties' must meet and confer and file a proposed case schedule within 14 days of entry of this Minute Order. The proposed case schedule should, at a minimum, propose deadlines for: (1) trial; (2) the number of trial days needed; (3) motions in limine; (4) pretrial order; (5) trial briefs, and (6) proposed jury

1   instructions and voir dire. The Court encourages the Parties to reach agreement. Where

2   agreement is not possible, the Court asks the Parties to succinctly present their proposals in the

3   proposed case schedule.

4          The clerk is ordered to provide copies of this order to all counsel.

5          Filed November 4, 2022.

6
                                    Ravi Subramanian
7                                   Clerk of Court

8                                    s/Serge Bodnarchuk
                                    Deputy Clerk